■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD NICHOLS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Appelman, J.), rendered February 23, 1988, convicting him of assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention with respect to the factual sufficiency of his plea allocution is unpreserved for appellate review (see, People v Lopez, 71 NY2d 662; People v Pellegrino, 60 NY2d 636) and is, in any event, without merit. The court did not err in imposing a more severe sentence where the promise of a lesser sentence was clearly conditioned on the defendant's appearance for sentencing on the scheduled date and his cooperation with the Probation Department (see, People v Asencio, 143 AD2d 917). Thompson, J. P., Brown, Balletta and Miller, JJ., concur.